No. 96–9022. NEGRETE-DIAZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 96–9023. LOPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 96–9025. JOYCE v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 96–9027. CHESNEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 

No. 96–9029. BANKS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 96–9032. MOORE v. UNITED STATES. C. A. 2d Cir. Certiorari denied. 

No. 96–9034. DIGGS v. UNITED STATES. C. A. D. C. Cir. Certiorari denied. 

No. 96–9039. RUELAS v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 96–9053. KARAFA v. UNITED STATES. C. A. 10th Cir. Certiorari denied. 

No. 96–9054. JONES v. UNITED STATES. C. A. 8th Cir. Certiorari denied. 

No. 96–9059. KIMBLE v. UNITED STATES. C. A. 9th Cir. Certiorari denied. 

No. 96–1476. ALLSTATE LIFE INSURANCE CO. v. HIBMA ET AL. Ct. App. Ariz. Motions of American Council of Life Insurance et al. and Association of California Life and Health Insurance Cos. for leave to file briefs as amici curiae granted. Certiorari denied.

No. 96–1655. SMITH, AS ASSIGNEE OF THE INTEREST OF ORIGINAL PLAINTIFF, FAULKENBERRY v. ELKINS ET AL. C. A. 5th Cir. Motion of International Biochemicals Group, Inc., for leave to file a brief as amicus curiae granted. Certiorari denied. 